UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN WILLIAMS, # 221217,
        Plaintiff,

No. 1:09-cv-481

-v-

HONORABLE PAUL L. MALONEY

SUE KENT, ET AL.,
        Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION OVER OBJECTIONS

This matter comes before the court on a report and recommendation (ECF No. 64) issued by the magistrate judge. Plaintiff Kevin Williams filed objections. (ECF No. 65.) This court reviews *de novo* the portions of the R&R to which objections have been filed. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Only those objections that are specific are entitled to a *de novo* review under the statute. *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986) (per curiam) (holding the district court need not provide *de novo* review where the objections are frivolous, conclusive or too general because the burden is on the parties to "pinpoint those portions of the magistrate's report that the district court must specifically consider"). The court is familiar with the record in this case, including the motion for summary judgment, the response and reply, the report and recommendation and Plaintiff's objections.

The court has reviewed Plaintiff's objections *de novo*. The court finds the report factually accurate and legally sound. Plaintiff's objections do not undermine the well-reasoned and well-supported recommendations contained in the report. Therefore, the report and recommendation is **ADOPTED** over objections.

Accordingly, **IT IS ORDERED THAT:**

1. The report and recommendation (ECF No. 64) is **ADOPTED** OVER OBJECTIONS as the opinion of this court.

2. Defendants' motion for summary judgment (ECF No. 53) is **GRANTED.** Plaintiff's claim for injunctive relief is **DISMISSED AS MOOT.** The claims against Defendants in the complaint are **DISMISSED WITH PREJUDICE**.

3. Plaintiff's motion for issuance of subpoenas (ECF No. 48), which was held in abeyance, is **DISMISSED AS MOOT.**

4. Having reviewed the record, the court concludes any appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); *Coppedge v. United States*, 438, 445 (1962).

Date:  January 21, 2011             /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    Chief, United States District Judge