UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kevin Williams, # 221217,
    Plaintiff,

No. 1:09-cv-481

-v-

HONORABLE PAUL L. MALONEY

Sue Kent, et al.,
    Defendants.

## JUDGMENT

Having granted Defendants' motion for summary judgment and resolved all pending issues in this matter, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  January 21, 2011                     /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  Chief United States District Judge